# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Official Committee of Unsecured Creditors et al v. Wilmington Trust  **Case Number:** 09-01040  **Ch:**

**MOVANT/APPLICANT/PARTIES:**

#56 Joint Motion of Defendants The National Collegiate Master Student Loan Trusts to Dismiss Amended Complaint

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                 Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
__✓__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


DENIED.


IT IS SO NOTED:                                         IT IS SO ORDERED:

                                                        *Henry Jack Boroff*
_____                             _____ Dated: 09/29/2009
Courtroom Deputy                                        Henry J. Boroff, U.S. Bankruptcy Judge